**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Henry Campbell, | ) | No. CV 11-1763-PHX-JAT |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wachovia Mortgage Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the Complaint pleads jurisdiction based on 28 U.S.C. § 1332, which is diversity. However, the Complaint fails to adequately allege the citizenship of the parties such that this Court can independently assess its jurisdiction.

Specifically, the Defendant is a corporation; thus it is a citizen of its state of incorporation and its principal place of business. *Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1192; - - - U.S. - - - (2010). Because Plaintiff failed to plead either of these locations for Defendant, Plaintiff failed to allege diversity jurisdiction. Therefore,

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that by December 19, 2011, Plaintiff shall file an amended complaint properly alleging federal subject matter jurisdiction, or this case will be dismissed, without prejudice.

DATED this 23rd day of November, 2011.

_____
James A. Teilborg
United States District Judge